3 A.3d 1221

IN THE MATTER OF JOHN A. MISCI,
JR., AN ATTORNEY AT LAW.

October 6, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–101, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **JOHN A. MISCI, JR.,** of **SEWELL,** who was admitted to the bar of this State in 1995, should be reprimanded for violating *RPC* 1.5(b) (failure to reduce the basis or rate of fee to writing), and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **JOHN A. MISCI, JR.,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.